IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON FLEMONS**  **PLAINTIFF**
**ADC #119749**

v.    Case No. 2:22-cv-00176-LPR

**MARCUS ETHERLY, Captain,**
**EARU Maximum Security Unit, et al.**    **DEFENDANTS**

# ORDER

The Court has received a Partial Recommended Disposition ("PRD") from United States Magistrate Judge Joe J. Volpe and Plaintiff's objections thereto. After carefully considering the objections and making a *de novo* review of the PRD and the record in this case, the Court adopts the PRD in its entirety.[1]

Accordingly, Plaintiff's Motion for a Preliminary Injunction (Doc. 3) is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not in good faith.

IT IS SO ORDERED this 2nd day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Out of an abundance of caution, the Court decided to hold a preliminary-injunction hearing before deciding whether to adopt or reject Judge Volpe's PRD. The preliminary-injunction hearing only served to confirm the correctness of Judge Volpe's PRD. The Court is not going to detail the events of that hearing in this Order. But a couple of points bear emphasis. First, although Mr. Flemons alleged in his written submissions that he itched uncontrollably from scabies, the Court saw no evidence of Mr. Flemons itching (much less uncontrollably) in the lengthy hearing it held. Second, Mr. Flemons could produce no evidence to suggest that the medical conclusion reached by multiple members of the ADC medical staff—that Mr. Flemons does not have scabies—was wrong, let alone that it constituted deliberate indifference. At the absolute most, any misdiagnosis (which doesn't appear to be the case here) would be nothing more than negligence.