IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON FLEMONS**                                                                                                   **PLAINTIFF**
**ADC #119749**

v.                              Case No. 2:22-cv-00176-LPR-JJV

**MARCUS ETHERLY, Captain,**
**EARU Maximum Security Unit,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations (PFR) submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's objections thereto.[1] In the PFR, Judge Volpe recommended the dismissal of Plaintiff's Complaint based on Plaintiff's failure to provide Defendants with a properly signed medical authorization form.[2] But Judge Volpe also advised Plaintiff that he could cure the deficiency by "immediately executing the necessary Authorization Disclosure of Protected Health Information."[3] After the PFR was entered, Plaintiff filed what appears to be a properly-executed authorization form with the Court.[4] Accordingly, the Court declines to adopt the PFR (Doc. 92) and refers this case back to Judge Volpe to reconsider the Defendants' Motion to Dismiss (Doc. 87) in light of the intervening circumstances.

IT IS SO ORDERED this 17th day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Proposed Findings and Recommendations (Doc. 92); Pl.'s Objections (Doc. 104).

[2] Proposed Findings and Recommendations (Doc. 92) at 2.

[3] *Id*.

[4] Pl.'s Resp. to Defs.' Mot. to Dismiss (Doc. 100).