IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON FLEMONS**                                                                                  **PLAINTIFF**
**ADC #119749**

v.                                   Case No. 2:22-cv-00176-LPR-JJV

**MARCUS ETHERLY, Captain,**
**EARU Maximum Security Unit;** *et al.*                               **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Joe J. Volpe and the Defendants' Objections.[1] After a *de novo* review of the PRD, and careful consideration of both the objections and the entire case record, the Court approves and adopts the PRD in its entirety as the Court's findings and conclusions in all respects—with one important exception.

On September 19, 2022, Plaintiff filed informal resolution EAM-22-01996 against Medical Defendants Douglas and Hatchett using an approved Unit Level Grievance Form.[2] Therefore, the grievance procedure was available to Plaintiff as of that date. At that point, Plaintiff could have timely grieved any incident occurring as recently as September 4, 2022 (fifteen days prior to informal-resolution filing). But Plaintiff filed this lawsuit on September 22, 2022, long before he could have made it through the grievance appeal process required to exhaust his claims. Plaintiff therefore failed to exhaust his administrative remedies with regard to allegations against the Medical Defendants after September 4, 2022.

Because the Court reads the Complaint as alleging wrongdoing on the part of the Medical

---

[1] Partial Recommended Disposition (Doc. 47); Medical Defs.' Objections (Doc. 54); ADC Defs.' Objections (Doc. 55).

[2] *See* Ex. A to ADC Defs.' Objections (Doc. 55-1).

Defendants before September 4, 2022 (and not just after that date), the Court finds that the Medical Defendants are not entitled to a complete summary judgment on the basis of exhaustion. But, going forward, Plaintiff's claims against the Medical Defendants are limited to the time period before September 4, 2022, when the grievance procedure was arguably unavailable to him.

Accordingly, Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 29) is DENIED in part and GRANTED in part. Plaintiff's claims against Medical Defendants Douglas and Hatchett are limited to those allegations concerning events that occurred prior to September 4, 2022. The remaining claims against Medical Defendants Douglas and Hatchett are out. The claims against ADC Defendants Etherly and Kelly proceed.

IT IS SO ORDERED this 11th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE