**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

| | |
|---|---|
| **AARON FLEMONS**<br>**ADC #119749** | **PLAINTIFF** |
| v. | Case No. 2:22-cv-00176-LPR |
| **MARCUS ETHERLY, Captain,**<br>**EARU Maximum Security Unit,** *et al.* | **DEFENDANTS** |

**JUDGMENT**

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) judgment is granted in favor of Defendants Douglas and Hatchett on Mr. Flemons's Eighth Amendment claims against them that involved events or actions occurring on or after July 27, 2022, but before September 4, 2022; (2) judgment is granted in favor of Defendants Etherly and Kelly on Mr. Flemons's Eighth Amendment claims against them that involved events or actions occurring on or after July 27, 2022, but before September 4, 2022; and (3) all other claims brought in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 9th day of September 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE